[No. 3620–II.   Division Two.   January 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD ARMSTRONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83583, James J. Dore, J., entered March 3, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Soule, J., concurred in by Petrie, J., Reed, C.J., dissenting.

[No. 3110–1–III.   Division Three.   January 10, 1980.]

JOHN H. SHERWOOD, ET AL, *Appellants,* v. CLEATUS N. THOMAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 27402, Philip H. Faris, J., entered September 21, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 6712–5–I.   Division One.   January 14, 1980.]

CLARENCE HUBBARD, ET AL, *Respondents,* v. ROBERT C. SCHUETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 823498, Barbara Durham, J., entered June 22, 1978. *Affirmed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.